# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| REX BRETA, | § |
| Plaintiff, | § |
| v. | § No. 4:15-cv-01489 |
| GC SERVICES, LP, | § |
| Defendant. | § |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, REX BRETA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: July 2, 2015                    Respectfully Submitted,

                                       By:/s/ Ryan Lee
                                        Ryan Lee
                                       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff