IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REX BRETA, | § § | |
| Plaintiff, | § § | |
| v. | § | No. 4:15-cv-01489 |
| GC SERVICES, LP, | § § § | |
| Defendant. | § § § | |

## NOTICE OF VOLUNTARY DISMISSAL

REX BRETA (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP, (Defendant), in this case.

Dated: September 3, 2015          Respectfully Submitted,

                                  By:/s/ Ryan Lee
                                   Ryan Lee
                                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Ryan Lee  
Ryan Lee  
Attorney for Plaintiff