United States District Court
Southern District of Texas
**ENTERED**
November 23, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REX BRETA, § § § Plaintiff, § VS. § GC SERVICES, LP, § § Defendant. § | CIVIL ACTION NO. 4:15-CV-1489 |

### ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on September 3, 2015, it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, on this day of __NOV 2 0 2015__ .

The Honorable Alfred H. Bennett
United States District Judge